AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009



Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Paez, Richard A. | U.S. Court of Appeals for the Ninth Circuit | 06/14/2010 |

| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Court of Appeals <br> 125 S. Grand Avenue, Ste. 300 <br> Pasadena, CA 91105 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☐ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Western Justice Center |
| 2. Board of Directors | Association of Business Trial Lawyers |
| 3. | |
| 4. | |
| 5. | |

DISCLOSURE FINANCIAL OFFICE 2010 JUN 22 A 9: 04 RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☐ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/98 | California Judges Retirement System-Deferred Retirement |
| 2. | |
| 3. | |

Paez, Richard A.

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Cedars Sinai Medical Center |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York University | 10/27/2009 | NY, NY | Root-Tilden-Root Scholarship Program | Travel, Housing, Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sallie Mae | Student Loans | K |
| 2. Chase Nat'l Bank | Credit card | J |
| 3 | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Fidelity Magellan | A | Dividend | J | T | | | | | |
| 2. | Fidelity Cash Reserves (IRA) | A | Dividend | J | T | Sold (part) | 01/05/09 | J | A | |
| 3. | Fidelity Cash Reserves (IRA) | A | Dividend | J | T | Buy (add'l) | 01/26/09 | L | | |
| 4. | Fidelity Cash Reserves (IRA) | A | Dividend | J | T | Sold (part) | 03/02/09 | J | A | |
| 5. | Fidelity Short Term Bond (IRA) | B | Dividend | K | T | Sold (part) | 01/26/09 | J | A | |
| 6. | Fidelity Inter Bond (IRA) | A | Dividend | | | Sold (part) | 01/15/09 | K | A | |
| 7. | Fidelity Inter Bond (IRA) | A | Dividend | | | Sold | 01/26/09 | K | A | |
| 8. | Fidelity Govt Income (IRA) | D | Dividend | K | T | Sold (part) | 08/05/09 | K | A | |
| 9. | Fidelity CA Muni MM | A | Dividend | J | T | Sold (part) | 04/06/09 | J | A | |
| 10. | Cedars Sinai Med Ctr 403b - ING *See Note in Part VIII. | A | Dividend | L | T | | | | | |
| 11. | - Vanguard Target Retirement-2025 | | | | | Buy/Month | 01/01/09 | J | | |
| 12. | - SSGA S&P Index Fund | | | | | Buy/Month | 01/01/09 | J | | |
| 13. | - Vanguard Midcap Index Fund | | | | | Buy/Month | 01/01/09 | J | | |
| 14. | Fidelity Cash Reserves IRA | A | Dividend | J | T | | | | | |
| 15. | Fidelity PAS (IRA) ** See Note | D | Dividend | N | T | | | | | |
| 16. | - Fidelity Diversified Int'l | | | J | T | Sold (part) | 02/13/09 | J | | |
| 17. | - Fidelity Diversified Int'l | | | | | Buy (add'l) | 11/17/09 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes: (See Columns C1 and D3)
3. Value Method Codes: (See Column C2)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/14/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Fidelity Diversified Int'l | | | | | Sold (part) | 11/04/09 | J | | |
| 19. - Fidelity Diversified Int'l | | | | | Sold (part) | 12/16/09 | J | | |
| 20. - Fidelity Advisor Diversified | | | | | Sold | 09/08/09 | J | A | |
| 21. - Fidelity Real Estate Inv. | | | | | Sold | 02/25/09 | J | A | |
| 22. - Fidelity Low Priced Stock | | | J | T | Sold (part) | 04/08/09 | J | A | |
| 23. - Fidelity Low Priced Stock | | | | | Sold (part) | 07/10/09 | J | A | |
| 24. - Fidelity Low Priced Stock | | | | | Sold (part) | 08/07/09 | J | A | |
| 25. - Fidelity Low Priced Stock | | | | | Buy | 11/04/09 | J | | |
| 26. - Fidelity Advisor New Insights Cl. | | | | | Sold | 07/10/09 | J | A | |
| 27. - Fidelity Advisor New Insights Cl. | | | | | Sold | 08/07/09 | J | A | |
| 28. - Fidelity Growth Comp. | | | J | T | Buy | 04/08/09 | J | | |
| 29. - Fidelity Growth Comp. | | | | | Sold (part) | 07/10/09 | J | A | |
| 30. - Fidelity Growth Comp. | | | | | Sold (part) | 08/0/09 | J | A | |
| 31. - Am Beacon Lge Cap Val Plan | | | | | Buy (add'l) | 07/10/09 | J | | |
| 32. - A, Beacon Lge Cap Val Plan | | | | | Sold (part) | 11/04/09 | J | A | |
| 33. - William Blair Int'l Growth CL N | | | J | T | Sold (part) | 05/22/09 | J | A | |
| 34. - William Blair Int'l Growth CL N | | | | | Buy | 07/10/09 | J | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q Appraisal | R Cost (Real Estate Only) | S Assessment | T =Cash Market | |
| | U Book Value | V Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - William Blair Int'l Growth CL N | | | | | Sold (part) | 11/09/09 | J | A | |
| 36. - Causeway Int'l Val. Investor | | | | | Sold (part) | 11/04/09 | J | A | |
| 37. - EATON VANCE Large Cap Val | | | | | Sold | 08/07/09 | J | A | |
| 38. - John Hancock US Global Leaders Growth CL A | | | | | Sold (part) | 01/09/09 | J | A | |
| 39. - John Hancock US - Global Leaders Growth CL A | | | | | Sold (part) | 08/07/09 | J | A | |
| 40. - Oakmark Fund 1 | | | J | T | Sold (part) | 01/14/09 | J | A | |
| 41. - Oakmark Fund 1 | | | | | Sold (part) | 01/16/09 | J | A | |
| 42. - Oakmark Fund 1 | | | | | Sold (part) | 07/10/09 | J | A | |
| 43. - Oakmark Fund 1 | | | | | Sold (part) | 11/04/09 | J | A | |
| 44. - Hartford Cap Appreciation CL A | | | | | Sold (part) | 02/13/09 | J | A | |
| 45. - Hartford Cap Appreciation CL A | | | | | Sold (part) | 03/27/09 | J | A | |
| 46. - Hartford Cap Appreciation CL A | | | J | T | Sold (part) | 05/22/09 | J | A | |
| 47. - Hartford Cap Appreciation CL A | | | | | Sold (part) | 08/07/09 | J | A | |
| 48. - Janus Fund | | | J | T | Sold (part) | 02/13/09 | J | A | |
| 49. - Janus Fund | | | | | Sold (part) | 03/13/09 | J | A | |
| 50. - Janus Fund | | | | | Sold (part) | 07/10/09 | J | A | |
| 51. - Janus Fund | | | | | Sold (part) | 08/07/09 | J | A | |

1. Income Gain Codes
(See Columns B1 and D4)

2. Value Codes
(See Columns C1 and D3)

3. Value Method Codes
(See Column C2)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,050 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Perkins Mid Cap Value Inv. (name change was Janus Perkins) | | | J | T | Sold (part) | 05/22/09 | J | A | |
| 53. - Perkins Mid Cap Value Inv. | | | J | T | Sold (part) | 07/10/09 | J | A | |
| 54. - Perkins Mid Cap Value Inv. | | | | | Sold (part) | 08/07/09 | J | A | |
| 55. - Perkins Mid Cap Value Inv. | | | J | T | Sold (part) | 12/16/09 | J | A | |
| 56. - Legg Mason Partners Lg Cap Growth A | | | J | T | Sold (part) | 01/09/09 | J | A | |
| 57. - Legg Mason Partners Lg Cap Growth A | | | | | Sold (part) | 03/13/09 | J | A | |
| 58. - Legg Mason Partners Lg Cap Growth A | | | | | Sold (part) | 07/10/09 | J | A | |
| 59. - Legg Mason Partners Lg Cap Growth A | | | | | Sold (part) | 08/07/09 | J | A | |
| 60. - Masico Focus | | | J | T | Sold (part) | 03/13/09 | J | A | |
| 61. - Masico Focus | | | | | Sold (part) | 07/10/09 | J | A | |
| 62. - Maisco Focus | | | | | Sold (part) | 08/07/09 | J | A | |
| 63. - Morgan Stanley Inst Inc. Int'l Equity B | | | J | T | Buy | 08/07/09 | J | | |
| 64. - Morgan Stanley Inst Inc. Int'l Equity B | | | | | Sold (part) | 11/04/09 | J | A | |
| 65. - Morgan Stanley Inst Inc. Int'l Equity B | | | | | Sold (part) | 12/16/09 | J | A | |
| 66. - Pimco Commod Real Ret Strat Admin CL | | | | | Buy | 05/22/09 | J | | |
| 67. - T.Rowe Price Value Fund Advisor | | | | | Sold | 12/08/09 | J | A | |
| 68. - Selected Am Shares | | | J | T | Buy | 03/13/09 | J | | |

1. Income Gain Codes:            A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)       F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes                   J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)        N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                                  P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes            Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)                U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/14/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Selected Am Shares | | | | | Sold (part) | 03/27/09 | J | A | |
| 70. - Selected Am Sheres | | | | | Sold (part) | 05/22/09 | J | A | |
| 71. - Selected Am Shares | | | J | T | Sold (part) | 07/10/09 | J | A | |
| 72. - Selected Am Shares | | | | | Sold (part) | 08/07/09 | J | A | |
| 73. - Selected Am Shares | | | | | Sold (part) | 12/16/09 | J | A | |
| 74. - Fidelity Cap & Income | | | J | T | Sold (part) | 05/19/09 | J | A | |
| 75. - Fidelity Cap & Income | | | | | Sold (part) | 07/10/09 | J | A | |
| 76. -Fidelity Cap & Income | | | | | Sold (part) | 11/04/09 | J | A | |
| 77. - Fidelity Short Term Bond | | | J | T | Buy (add'l) | 03/13/09 | J | | |
| 78. - Fidelity Short Term Bond | | | | | Buy (add'l) | 05/22/09 | J | | |
| 79. - Fidelity Short Term Bond | | | | | Sold (part) | 07/10/09 | J | A | |
| 80. - Fidelity Short Term Bond | | | | | Buy (add'l) | 08/07/09 | J | | |
| 81. - Fidelity Short Term Bond | | | | | Sold (part) | 11/04/09 | J | A | |
| 82. - Fidelity Total Bond | | | J | T | Buy (add'l) | 01/09/09 | J | | |
| 83. - Fidelity Total Bond | | | | | Sold (part) | 02/18/09 | J | A | |
| 84. - Fidelity Total Bond | | | | | Sold (part) | 03/13/09 | J | A | |
| 85. - Fidelity Total Bond | | | | | Buy (add'l) | 03/27/09 | J | | |

1 Income Gain Codes:       A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
  (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes              J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
  (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3 Value Method Codes       Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment           T =Cash Market
  (See Column C2)          U =Book Value            V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - Fidelity Total Bond | | | | | Buy (add'l) | 05/22/09 | J | | |
| 87. - Fidelity Total Bond | | | | | Buy (add'l) | 07/10/09 | J | | |
| 88. - Fidelity Total Bond | | | | | Buy (add'l) | 08/07/09 | J | | |
| 89. - Fidelity Total Bond | | | | | Sold (part) | 11/04/09 | J | A | |
| 90. -Fidelity Total Bond | | | | | Sold (part) | 11/16/09 | J | A | |
| 91. - Pimco High Yield Admin Shs | | | J | T | Sold (part) | 05/22/09 | J | A | |
| 92. - Pimco High Yield Admin Shs | | | | | Sold (part) | 07/10/09 | J | A | |
| 93. - Pimco Total Return Admin Shs | | | | | Sold (part) | 01/09/09 | J | A | |
| 94. - Pimco Total Return Admin Shs. | | | | | Sold (part) | 02/13/09 | J | A | |
| 95. - Pimco Total Return Admin Shs | | | J | T | Buy (add'l) | 03/27/09 | J | | |
| 96. - Pimco Total Return Admin Shs | | | | | Buy (add'l) | 04/08/09 | J | | |
| 97. - Pimco Total Return Admin Shs | | | | | Buy (add'l) | 05/22/09 | J | | |
| 98. - Pimco Total Return Admin Shs | | | | | Buy (add'l) | 08/07/09 | J | | |
| 99. - Pimco Total Return Admin Shs | | | | | Sold (part) | 11/04/09 | J | A | |
| 100. - Pimco Total Return Admin Shs | | | | | Sold (part) | 12/16/09 | J | A | |
| 101. - Pimco Short Term Admin Shs | | | J | T | Sold (part) | 03/13/09 | J | A | |
| 102. - Pimco Short Term Admin Shs | | | | | Sold (part) | 03/27/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - Pimco Short Term Admin Shs | | | | | Buy (add'l) | 05/22/09 | J | | |
| 104. - Pimco Foreign Bond Fund | | | | | Sold | 05/04/09 | J | A | |
| 105. - T.Rowe Price High Yield Advisor CL. | | | | | Buy (add'l) | 01/09/09 | J | | |
| 106. - T.Rowe Price High Yield Advisor CL | | | | | Sold (part) | 03/13/09 | J | A | |
| 107. - Harbor Int'l Admin | | | J | T | Buy (add'l) | 07/10/09 | J | | |
| 108. - Harbor Int'l Admin | | | | | Buy (add'l) | 08/07/09 | J | | |
| 109. - Harbor Int'l Admin | | | | | Sold (part) | 11/04/09 | J | A | |
| 110. - Harbor Int'l Admin | | | | | Sold (part) | 12/16/09 | J | A | |
| 111. - JP Morgan US Lg Cap Core | | | J | T | Buy (add'l) | 03/13/09 | J | | |
| 112. - JP Morgan US Lg Cap Core | | | | | Buy (add'l) | 07/10/09 | J | | |
| 113. - JP Morgan US Lg Cap Core | | | | | Buy (add'l) | 08/07/09 | J | | |
| 114. - Manning & Napier World Oppt Ser. | | | | | Buy (add'l) | 07/10/09 | J | | |
| 115. - Manning & Napier World Oppt Serv | | | | | Buy (add'l) | 08/07/09 | J | | |
| 116. - Victory Diversified Stk Class A | | | | | Buy (add'l) | 05/22/09 | J | | |
| 117. Spartan 500 Index Fund Adv Class | A | Dividend | | | Sold | 09/09/09 | J | A | |
| 118. Fidelity Pas Small Cap Fund of Funds | A | Dividend | J | T | Buy (add'l) | 01/09/09 | J | | |
| 119. Fidelity Pas Small Cap Fund of Funds | A | Dividend | | | Buy (add'l) | 02/13/09 | J | | |

1. Income Gain Codes: (See Columns B1 and D4) — A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3) — J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000

3. Value Method Codes (See Column C2) — Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; U =Book Value; V =Other; W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Fidelity Pas Small Cap Fund of Funds | A | Dividend | | | Buy (add'l) | 12/28/09 | J | | |
| 121. Fidelity Int'l Discov | A | Dividend | J | T | Buy | 07/10/09 | J | | |
| 122. Fidelity Int'l Discov | A | Dividend | | | Buy (add'l) | 08/07/09 | J | | |
| 123. Fidelity Int'l Discov | A | Dividend | | | Sold (part) | 12/06/09 | J | A | |
| 124. Fidelity Emerging Markets | A | Dividend | J | | Buy | 07/10/09 | J | | |
| 125. Fidelity Emerging Markets | A | Dividend | | | Buy (add'l) | 08/07/09 | J | | |
| 126. Fidelity Emerging Markets | A | Dividend | | | Buy (add'l) | 11/04/09 | J | | |
| 127. Fidelity Strategic Admisors Val Fd | A | Dividend | J | T | Buy | 01/09/09 | J | | |
| 128. Fidelity Strategic Admisors Val Fd | A | Dividend | | | Buy (add'l) | 01/14/09 | J | | |
| 129. Fidelity Strategic Admisors Val Fd | A | Dividend | | | Buy (add'l) | 01/16/09 | J | | |
| 130. Fidelity Strategic Admisors Val Fd | A | Dividend | | | Buy (add'l) | 02/13/09 | J | | |
| 131. Fidelity Strategic Admisors Val Fd | A | Dividend | | | Buy (add'l) | 12/16/09 | J | | |
| 132. Fidelity Strategic Admisors Val Fd | A | Dividend | | | Buy (add'l) | 12/18/09 | J | | |
| 133. Fidelity Strategic Admisors Val Fd | A | Dividend | | | Buy (add'l) | 12/21/09 | J | | |
| 134. John Hancock Classic Value CL | A | Dividend | J | T | Buy | 05/22/09 | J | | |
| 135. John Hancock Classic Value CL | A | Dividend | | | Buy (add'l) | 07/10/09 | J | | |
| 136. John Hancock Classic Value CL | A | Dividend | | | Sold (part) | 11/04/09 | J | A | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Royce Penn Mut Fd | A | Dividend | J | T | Buy | 07/10/09 | J | | |
| 138. Royce Penn Mut Fd | A | Dividend | | | Buy (add'l) | 08/07/09 | J | | |
| 139. Fidelity PAS Core Income Fund of Funds | A | Dividend | J | T | Buy | 12/16/09 | J | | |
| 140. Franklin Gold and Precious Metals | A | Dividend | J | T | Buy | 03/27/09 | J | | |
| 141. Franklin Gold and Precious Metals | A | Dividend | | | Buy (add'l) | 04/08/09 | J | | |
| 142. Franklin Gold and Precious Metals | A | Dividend | | | Sold (part) | 11/04/09 | J | | |
| 143. Templeton Global Bond Class A | A | Dividend | J | T | Buy | 05/22/09 | J | | |
| 144. Templeton Global Bond Class A | A | Dividend | | | Buy (add'l) | 05/26/09 | J | | |
| 145. Templeton Global Bond Class A | A | Dividend | | | Buy (add'l) | 05/27/09 | J | | |
| 146. Fidelity Money Market | A | Dividend | J | T | Buy | 07/10/09 | J | | |
| 147. Fidelity Money Market | A | Dividend | | | Sold (part) | 08/18/09 | J | A | |
| 148. Fidelity Money Market | A | Dividend | | | Buy (add'l) | 11/04/09 | J | | |
| 149. Fidelity Money Market | A | Dividend | | | Sold (part) | 11/24/09 | J | A | |
| 150. Fidelity Money Market | A | Dividend | | | Buy (add'l) | 12/16/09 | J | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII Investments and Trusts (cont'd)

* ▨ makes a monthly contribution to her Cedars Sinai Medical Center 403(b) Plan.

* Fidelity Portfolio Advisory Services manages ▨ IRA.

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544